# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-4142

_____

|  |  |  |
|---|---|---|
| United States of America, | * | |
| | * | |
| Plaintiff-Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Northern District of Iowa. |
| Ronnie Lynn Johnson, | * | |
| | * | [UNPUBLISHED] |
| Defendant-Appellant. | * | |

_____

Submitted: December 16, 1999
Filed: December 21, 1999

_____

Before MURPHY and MAGILL Circuit Judges, and SMITH[*], District Judge.

_____

PER CURIAM.

Ronnie Johnson was convicted of attempting to manufacture marijuana and the district court[1] sentenced him to 60 months in prison. He now appeals his conviction and his sentence, challenging the sufficiency of the evidence and the amount of marijuana plants for which he should be held accountable. We have carefully gone

_____

[*]The HONORABLE ORTRIE D. SMITH, United States District Judge for the Western District of Missouri, sitting by designation.

[1]The Honorable Michael J. Melloy, Chief Judge, United States District Court for the Northern District of Iowa.

over the record and the transcript of the district court's oral sentencing findings and its credibility determinations and we conclude that there was sufficient evidence to uphold the verdict and the court's sentencing decisions.

For these reasons, the judgment of the district court is affirmed.


A true copy.


Attest:


CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.